UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:25-cv-80159-DMM

Michelle Fine,
an individual,

    Plaintiff,

vs.

Rock Central LLC Health and Welfare Benefit Plan
& Summary Plan Description,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 16.2(f)(2), Plaintiff, Michelle Fine, and Defendant, Rock Central LLC Health and Welfare Benefit Plan & Summary Plan Description, by and through their respective undersigned attorneys, hereby inform the court that the parties have reached an amicable settlement of this case in its entirety. The parties are in the process of finalizing the settlement agreement and will file a Stipulation of Dismissal with Prejudice within twenty (20) days.

Dated this 19th day of December, 2025.    Respectfully submitted,

s/ Alicia Paulino-Grisham
**Alicia Paulino-Grisham, Esquire**
Florida Bar No. 0676926
DI LAW GROUP
3201 W. Commercial Blvd.,
Suite 227
Fort Lauderdale, FL 33309
Telephone: (954) 989-0000
Facsimile: (954) 989-9999
Email: alicia@dilawgroup.com

*Counsel for Plaintiff, FINE*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Michael D. Mitchell, Esq., Kaitlyn M. O'Connell, Esq., Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 9130 S. Dadeland Blvd., Suite 1625, Miami, FL 33156.

/s/ Alicia Paulino-Grisham
Alicia Paulino-Grisham (0676926)
alicia@dilawgroup.com